Elisabate Awgechew WOLDE, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 03–71893.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2005.*

Decided Sept. 16, 2005.

Dario Aguirre, Esq., San Diego, CA, for Petitioner.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of The District Counsel, Department of Homeland Security, San Francisco, CA, Emily A. Radford, Esq., Allen W. Hausman, DOJ—U.S. Department of Justice, Civil Div./Office Of Immigration Lit., Washington, DC, for Respondent.

Before: GRABER and W. FLETCHER, Circuit Judges, and FOGEL,** District Judge.

### MEMORANDUM ***

Petitioner Elisabate Awgechew Wolde seeks review of a decision of the Board of Immigration Appeals, which affirmed an immigration judge's ("IJ") denial of her application for asylum, withholding of removal, and relief under the Convention Against Torture. We review for substantial evidence, *Gui v. INS*, 280 F.3d 1217, 1225 (9th Cir.2002), and deny the petition.

Substantial evidence supports the IJ's finding that Petitioner was not credible and that she failed to provide evidence of her identity. Among other things, Petitioner used two passports, each from a different country and each using a different alias. She also introduced two different birth certificates, one of which she admitted was a fake. Despite a continuance to allow her time to obtain certified documentation of her identity, Petitioner failed to present any such documentation. Additionally, the IJ permissibly relied on Petitioner's demeanor, *Singh–Kaur v. INS*, 183 F.3d 1147, 1151 (9th Cir.1999),

and on her presentation of materially inconsistent testimony concerning the Oromo ethnic group, an issue at the heart of her claim, *Kaur v. Gonzales*, 418 F.3d 1061, 1066–67 (9th Cir.2005).

PETITION DENIED.

---

** The Honorable Jeremy D. Fogel, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.